MEYER GREENE, Appellant, v. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION, Respondent.—

No opinion. Appeal from order entered April 14, 1942, dismissed, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

AGNES GREGOROVIC et al., Appellants, v. FELIX SZESZKO et al., Respondents.— Action by plaintiff-wife and the infant-plaintiff to recover damages for personal injuries sustained when they fell down a stairway in a building in which they were tenants, and by the husband and father for loss of services and for expenses. Judgment in favor of defendants reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event. In the interests of justice there should be a new trial. Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.

ANITA GRUBER, an Infant, by JACOB GRUBER, Her Guardian ad Litem, et al., Appellants, v. EROMAZ REALTY CORPORATION, Respondent.— Judgment reversed on the law and new trial granted, with costs to abide the event. According to the evidence, the infant-plaintiff was injured by falling when one of her roller skates caught in a broken part of the pavement in a court yard inside the building line of defendant's apartment house, in which the plaintiffs were tenants. The infant plaintiff was an invitee, and it was for the jury to determine whether the defendant had failed in its duty to exercise reasonable care and prudence to keep its premises safe for her use (cf. *Burack* v. *Washington Cemetery*, 258 App. Div. 1071), whether the condition which caused the fall was dangerous, and whether the infant-plaintiff was guilty of contributory negligence. (*Hayton* v. *McLaughlin*, 289 N. Y. 66, 68.) Hagarty, Johnston, Taylor and Close, JJ., concur; Adel, J., dissents and votes to affirm.

ROSE HANLON et al., Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.